IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Eduardo Huerta, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Hamburgerseria, and Elina Triantou, individually, Defendants. | Case No. 1:16-cv-6980<br><br>Hon. Judge Alonso |

## NOTICE OF VOLUNTARY DISMISSAL

The plaintiff, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), defendants, Hamburgerseria and Elina Triantou, having neither filed an Answer or a Motion for Summary Judgment, respectfully requests that the Court dismiss all causes of action against defendants without prejudice. On January 6, 2017, absent a motion by plaintiff, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Monday, December 19, 2016

Respectfully submitted,

**s/ Raisa Alicea**
Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646
Direct: 312-800-1017
ralicea@yourclg.com

One of plaintiff's attorneys